**Mark S. DeMarco**
Attorney At Law
3867 East Tremont Avenue
Bronx, New York 10465
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

July 1, 2020

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

**BY ECF & ELECTRONIC MAIL**

Re:   *United States v. Domingo Tolentino*
      **18 Cr. 319 (LTS)**

Your Honor:

      Mr. Tolentino is currently scheduled for sentencing on July 14, 2020, and, with the government's consent, I write to respectfully request that the sentencing be adjourned for 60-days or until September 14, 2020.

      The adjournment is requested because Mr. Tolentino wishes to personally appear before this Court for sentencing.

      Thank you for your attention to this matter.

The sentencing is adjourned to September 21, 2020 at 2:00 p.m.  Counsel must contact Chambers on September 10, 2020, to inquire as to whether a personal appearance will be feasible for September 21, 2020. DE# 258 resolved.  SO ORDERED.
/s/ Laura Taylor Swain, USDJ 7/1/2020

Respectfully submitted,

*Mark S. DeMarco*

Mark S. DeMarco

  cc:   Jamie Bagliebter, Esq.
      Maurene Comey, Esq.
      Assistant United States Attorneys
      By Electronic Mail