UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 18-CR-319 (LTS)
:
DOMINGO TOLENTINO, :
:
Defendant. :
:
-------------------------------------------------------------------X

ORDER

The Court has requested that Defendant Domingo Tolentino's sentencing proceeding take place in Courtroom 17C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007, on **September 21, 2020, at 2:00 p.m.** No conference date, time, or modality can be confirmed before the preceding week, so counsel are requested to keep their calendars as open as possible on September 21, 2020, until further notice.

In advance of the conference, Chambers will provide the parties with instructions governing entry into the courthouse in light of the COVID-19 pandemic.

To the extent that there are any documents relevant to the proceeding (e.g., proposed orders or documents regarding restitution, forfeiture, or removal), counsel should submit them to the Court (by email or on ECF, as appropriate) **at least 24 hours prior to the proceeding**.

SO ORDERED.

Dated: New York, New York
September 14, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge