UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                  No. 18-CR-319-LTS-9

DOMINGO TOLENTINO,                          Order

       Defendant.

-------------------------------------------------------x

       A violation of supervised release hearing is hereby scheduled for **December 3, 2025, at 11:30am**.

       SO ORDERED.

Dated: New York, New York           /s/ Laura Taylor Swain_____
       November 24, 2025             LAURA TAYLOR SWAIN
                                           Chief United States District Judge