UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

     -v-                                  No. 18CR319-LTS

DOMINGO TOLENTINO (9),

                  Defendant.

------------------------------------------------------------X

## **ORDER**

As stated on the record in open court, the Court hereby continues the appoint of Mark S. DeMarco, Esq., as CJA counsel for Mr. Tolentino.

SO ORDERED.

Dated: New York, New York
      December 3, 2025

                                  /s/ *Laura Taylor Swain*
                                  LAURA TAYLOR SWAIN
                                  United States District Judge