UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

  UNITED STATES OF AMERICA,

    -v-

                                                  18CR319-LTS-9

DOMINGO TOLENTINO,

                     Defendant.

--------------------------------------------------------x

### ORDER

On consent, and for the reasons stated at the revocation hearing held on April 22, 2026, Mr. Tolentino's conditions of supervised release are modified by the addition of the following condition:

Mr. Tolentino shall abide by the conditions of home detention pending further order of the Court.  He shall remain at his approved residence at all times except to attend work, treatment, and legal and medical appointments.  His compliance with home detention shall be monitored by technology as designated by the Probation Officer and he shall comply with all conditions of such monitoring.  Mr. Tolentino shall be responsible for copayment of the costs of monitoring as specified by the Probation Officer based on his ability to pay.  The home detention shall begin as instructed by the Probation Officer.

All other conditions remain in place as previously set.

SO ORDERED.

Dated: New York, New York
       April 22, 2026

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                                United States District Judge