UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                       No.  18-CR-319-LTS-9

DOMINGO TOLENTINO (9)               ORDER

          Defendant.

--------------------------------------------------------x

       A conference is hereby scheduled in the above-captioned case for **July 13, 2026, at 2:30 PM** in Courtroom 17C.  The specifications of violation will be reviewed with the Defendant, and scheduling and any other necessary matters will be addressed.


       SO ORDERED.

 Dated: New York, New York          /s/ Laura Taylor Swain
        6/26/2026                LAURA TAYLOR SWAIN
                           Chief United States District Judge